UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBIN ROSE PETERSON YAGER,<br><br>              Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | 2:16-cv-00051-GMN-VCF<br><br>**ORDER** |

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the show cause hearing scheduled for 11:00 a.m., November 18, 2016 is VACATED and RESCHEDULED to 11:00 a.m., November 21, 2016, in Courtroom 3D, located in the Lloyd D. George U.S. Courthouse, U.S. District Court- Las Vegas, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.  Plaintiff must appear in person at the hearing.

DATED this 3rd day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE