# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBIN ROSE PETERSON YAGER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | 2:16-cv-00051-GMN-VCF<br>**<u>MINUTE ORDER</u>** |

　　　Before the Court is Defendant's motion to appear telephonically. (ECF No. 10).

　　　IT IS HEREBY ORDERED that Defendant's motion to appear telephonically. (ECF No. 10) is GRANTED.  Defendant may appear telephonically at the show cause hearing scheduled for 11:00 a.m., November 21, 2016.

　　　The call in telephone number is (888)273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time and on a land line. The court will join the call and convene the proceedings.  The use of a cell phone or speaker phone during the proceedings is prohibited.

　　　DATED this 7th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE