UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

ROBIN ROSE PETERSON YAGER,

        Plaintiff,

vs.

CAROLYN W. COLVIN,

        Defendant.

Case No. 2:16–cv–51–GMN–VCF

**ORDER**

     Before the court is the Commissioner's motion to extend response deadline (ECF No. 16). This motion was filed on February 21, 2017. As of March 23, 2017, no response to this motion has been filed. Pursuant to Local Rule 7-2(d), the Commissioner's motion is granted

     IT IS HEREBY ORDERED that the Commissioner will have until 3/24/17 to file a response/cross-motion to affirm.

     IT IS SO ORDERED.

     DATED this 23rd day of March, 2017.

                                         CAM FERENBACH
                                         UNITED STATES MAGISTRATE JUDGE