# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ROBIN ROSE PETERSON YAGER,

        Plaintiff,

vs.

NANCY A. BERRYHILL[1], Acting Commissioner of Social Security.

        Defendant.

2:16-cv-00051-GMN-VCF

**ORDER**

Before the court is *pro se* Plaintiff's Motion to File Electronically and to Extend the time to file a reply to Defendant's Response to Plaintiff's Motion for Reversal (ECF Nos. 20 and 21).

IT IS ORDERED that Plaintiff's Motion to File Electronically and to Extend the time to file a reply to Defendant's Response to Plaintiff's Motion for Reversal (ECF Nos. 20 and 21) is GRANTED with the following provisions:

1. On or before May 22, 2017, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

IT IS FURTHER ORDERED that the time to file a reply to Defendant's Response to Plaintiff's Motion for Reversal (ECF No. 19) is extended to June 8, 2017.

DATED this 8th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE